# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CP FOOD & BEVERAGE, INC., | Case No. 2:16-cv-02421-APG-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES FIRE INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Substitute Attorney (ECF No. 24), filed on September 20, 2017.

Counsel for Defendant represents that Theodore J. Kurtz, Esq. is no longer associated with the law firm Selman Breitman LLP. Therefore, counsel requests that Mr. Kurtz be removed as attorney of record for Defendant. Counsel also indicates that Mr. Kurtz's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by Gil Glancz, Esq. of Selman Breitman LLP. The Court finds that counsel has provided good cause to justify granting Mr. Kurtz's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Substitute Attorney (ECF No. 24) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Theodore J. Kurtz, Esq. from the CM/ECF service list in this case.

DATED this 26th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge